[No. 7210-2-I. Division One. May 12, 1980.]

JOHN E. MILLER, ET AL, *Appellants,* v. THE TRAVELERS INDEMNITY COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 51776, John F. Wilson, J., entered December 1, 1978. *Affirmed* by unpublished opinion per Durham–Divelbiss, J., concurred in by James, A.C.J., and Ringold, J.

[No. 7405-9-I. Division One. May 12, 1980.]

RODNEY G. DERLINE, *Appellant,* v. DAVID E. KARGES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 842448, Frank H. Roberts, Jr., J., entered February 2, 1978. *Reversed* by unpublished opinion per Dore, J., concurred in the result by James, A.C.J., and Ringold, J.